FILED
CLERK, U.S. DISTRICT COURT
OCT 2 4 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 17-390-FMO |
| Plaintiff, | ) | ORDER [OF DETENTION] [SETTING CONDITIONS OF RELEASE] AFTER HEARING (18 U.S.C. § 3148(b): (Allegations of Violation of Pretrial Conditions of Release) |
| v. | ) | |
| JUSTIN LEE HEYWOOD | ) | |
| Defendant. | ) | |

A.

On motion of the Government involving an alleged violation of conditions of pretrial release and warrant for arrest issued by [Judge F. OLGUIN.

B.

The court finds there is

(1)

    (A)  (X) Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B)  ( ) Clear and convincing evidence that the defendant has violated any other condition of release; and

```
 1 | (2)
 2 |       (A)   ( )   Based on the factors set forth in 18 U.S.C. § 3142(g),
 3 |                   there is no condition or combination of conditions of
 4 |                   release that will assure that the person will not flee or
 5 |                   pose a danger to the safety or any other person or the
 6 |                   community; or
 7 |       (B)   (X)   The person is unlikely to abide by any condition or
 8 |                   combination of conditions of release.
 9 |                         and/or, in the event of (1)(A)
10 | (3)         ( )   There is probable cause to believe that, while on
11 |                   release, the defendant committed a Federal, State, or
12 |                   local felony, and the presumption that no condition or
13 |                   combination of conditions will assure that the person
14 |                   will not pose a danger to the safety of any other person
15 |                   or the community has not been rebutted.
16 |                                         or
17 | (4)         ( )   The court finds that there are conditions of release that
18 |                   will assure that the defendant will not flee or pose a
19 |                   danger to the safety of any other person or the
20 |                   community, and that the defendant will abide by such
21 |                   conditions.  See separate order setting conditions.
22 |             ( )   It is further ordered that this order is stayed for 72
23 |                   hours in order to allow the Government to seek review
24 |                   from the [assigned district judge] [criminal duty
25 |                   district judge].
26 |                                         or
27 |
28 |
```

2

C.

IT IS ORDERED defendant be detained prior to trial.

DATED: 10/24/17

U.S. MAGISTRATE/~~DISTRICT~~ JUDGE

PAUL L. ABRAMS

[11/04]